UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Alida Espinoza, individually and on behalf of all those similarly situated,, <br><br> Plaintiff, <br><br> -against- <br><br> Professional Claims Bureau, Inc., <br><br> Defendant. | Docket No: 2:18-cv-09176-CCC-JBC |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: April 30, 2019

**BARRON & NEWBURGER, P.C**

By:   /s Mitchell Williamson
Mitchell Williamson, Esq.
458 Elizabeth Avenue
 Somerset, New Jersey 08873
Tel: (973) 753-5100
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:   /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 115182
*Attorneys for Plaintiff*

SO ORDERED

   *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:  5/3/19